UNITED STATES

V

TEELA MOORE HENDRIX
1:19-CR-00139-CLC-SK

MOTION FOR RULE 35 SENTENCE REDUCTION

The defendant Teela Hendrix, comes before the court requesting a Rule 35 sentence reduction.

The defendant was sentenced 4/14/21 to 235 months in your court.

During the process Ms. Hendrix has cooperated with the Government in the following ways:
1. Testified against the co-defendant (Anthony Banks), her testimony allowed authorities to rescue his 1 year old child from Mr. Banks custody.
2. Met with an internet specialist and allowed him access to all security information for accounts so that evidence could be obtained against others; during this process the defendant maintained the trust of other participants involved so that the specialist was able to obtain evidence; this put the defendant's safety in jeopardy with others involved.
3. Provided screen names of participates, who would discuss sexual abuse of children (the defendant knew these people had child pornography in their possession.
4. Provided names of other participates, who recruited others to be involved (known sex offenders).

Furthermore the defendant, who is housed in FBOP Aliceville and is enrolled in a 18 month residential Life Connections Program (LCP) was transported from FBOP Aliceville 6/24/22 on a "writ". During this time the defendant was constantly moved from one facility to another resulting in her returning to FBOP Aliceville October 2022,

During her writ the defendant was transferred from Aliceville, Grady County OK, Pouncey jail VA, Western Tidewater Regional jail, back to Pamunkey, Richmond VA Courthouse, Cimarron Cushings OK, and finally arrived back to Aliceville 4 months later.

There is no doubt this "writ" was to use Ms. Hendrix's testimony to benefit the Government with other cases. Because the defendant was gone over one month from LCP, when she returned she had to restart the program therefore delaying her completion of LCP by six (6) months.

Rule 35: Motion for reduction of witness's sentence in exchange for testimony. United States V Delgado, 256F.3d 264 (5th Cir 2001).

The defendant would also like to make the Court aware that the defendants declined mental state at the time the crimes occurred wasn't taken seriously. There are records that prove this fact. With this and the drug use involved clearly is proof that the crimes performed are not "who the defendant is as a person." The public defender, Myrlene Marsa, didn't mention this or the fact that the defendant had been seen (3) three times by a psychologist awarded by the court to verify the status of the defendants mental health. Ms. Marsa advised that the information was not of any importance to the defendant.

The defendant respectfully ask the court to grant her motion for a Rule 35 Sentence Reduction.

Teela Moore Hendrix, pro se
54685-074
FCI Aliceville
PO Box 4000
Aliceville, AL 35442

Date: 6-10-23
CERTIFICATE OF SERVICE

FILED

JUN 14 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

I certify that on ___6-10-23_____, I, Teela Hendrix, placed this motion in the Aliceville FBOP
mailing system (USPS) addressed to:

Clerk of Court
Eastern District of Tennessee
Joel W Solomon Federal Building
900 Georgia Ave
Chattanooga, TN 37402

Date: 6-10-23

*(signature)*

Teeia Hendrix 54685-074
Aliceville Federal Correctional Institution
PO Box 4000
Aliceville AL 35442

X-RAYED

BIRMINGHAM AL 350

FOREVER USA

Clerk of Court
Eastern District of TN
Joel W. Solomon Federal Bldg
900 Georgia Ave
Chattanooga, TN 37402



Let us therefore come boldly to the throne of grace that we may obtain mercy and find grace to help in time of need. Hebrews 4:16