# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA )
) Case No. 1:19-cr-139
v. )
) Judge Travis R. McDonough
TEELA MOORE HENDRIX )
) Magistrate Judge Susan K. Lee
)

## ORDER

Before the Court is Defendant's motion for Rule 35 sentence reduction (Doc. 154). Federal Rule of Criminal Procedure 35(a) allows the court to "correct a sentence that resulted from arithmetical, technical, or other clear error" by motion made within fourteen days of sentencing. Fed. R. Crim. P. 35(a). Federal Rule of Criminal Procedure 35(b) allows the government to move for a sentence reduction when a defendant provided substantial assistance. Fed. R. Crim. P. 35(b).

Here, although Defendant does not specify which subsection of Rule 35 she moves under, neither can provide the requested relief. Defendant provides no clerical error under Rule 35(a), and, since she filed her motion two years after sentencing, it is also untimely. Defendant's motion also fails under Rule 35(b) because only the government can move for a reduction under this subsection. *See United States v. Rosenbaum*, 585 F.3d 259, 264 (6th Cir. 2009) ("The sentencing court may a reduce a defendant's sentencing exposure for substantial assistance in investigating or prosecuting another at two distinct stages[, a motion under Section 5K1.1 or Rule 35(b)], though *both* require a motion from the government before the court may act.") (emphasis added). Defendant's further arguments as to her mental state at the time of the crimes

and a potential ineffective-assistant-of-counsel argument are not redressable by this Court under

Rule 35.  Accordingly, Defendant's motion (Doc. 154) is **DENIED**.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**