Jan. 16, 2024

Court Clerk of Chattanooga,

I, Teela Moore Hendrix, sent the court a motion for Rule 35 sentence reduction in June 2023 + have not yet received a response. I know these things take time but I'm writing to request a status update on said Rule 35 motion, Docket # 1:19-CR-00139-CLC-SK. Please let me know something at your earliest convenience. Thank you for your time + attention to this matter.

- Teela Hendrix

FILED

JAN 2 2 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Teela Hendrix #54685074
FCI Aliceville
P.O. Box 4000
Aliceville, AL 35442



BIRMINGHAM AL 350
17 JAN 2024 PM 4 L

