United States District Court
Eastern District of Tennessee

FILED

APR 23 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Case : 1:19-CR-139-CLC-SKL

United States of America
-vs-
Teela Moore Hendrix (Defendant)

Now Comes, Teela Hendrix, Defendant, ProSe, Respectfully requesting this Court to apply a Sentence Reduction under 18 USC 3582(c)(2) based on the Retroactive USSC Amendment 821 effective November 1, 2023. USSG 4C1.1 Zero Criminal History Concerning 2 level Reduction to the offense level for Certain offenders with Zero (0) Criminal history Points.

Defendant believes this Amendment applies and Request the Court appoint an attorney to Represent the Defendant's interest in this motion only or For this Court to Grant the defendant a 2 Level Reduction.

Respectfully Submitted this 17th Day of April 2024

x Teela M. Hendrix
Teela M. Hendrix
# 54685-074
FCI Aliceville
P.o. Box 400
Aliceville, AL 35442

Case 1:19-cr-00139-TRM-MJD    Document 159    Filed 04/23/24    Page 2 of 2    PageID #: 1174

Teela M. Hendrix # 54685-074
FCI Aliceville
P.o. Box 4000
Aliceville, AL 35442

BIRMINGHAM AL  350

19 APR 2024  PM 5  L

United States District Court
Eastern District of Tennessee
900 Georgia Ave
Chattanooga, TN 37402

37402-225984